# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSICA CANADY BRANCH**                                                                 **PLAINTIFF**

VS.                                          4:20CV001427 JM

**DOLGENCORP LLC,**
**Doing business as Dollar General**                                           **DEFENDANT**

## ORDER

The Court has been advised that this case has settled. Accordingly, this case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 26th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE